UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

## Case number:  07-22508-CIV-MARTINEZ-BROWN

WEST TREND, INC., a California
corporation,

                    Plaintiff,

vs.

MARCO DESTIN, INC., a Florida
corporation; TABIB ELIEZER,
individually; DROR LEVY, individually;
and DOES 1-9, unknown persons or
entities,

                    Defendants.
_____/

## CONSENT ORDER

THIS CAUSE having come before the Court on the Agreed Motion for Entry of Consent

Order and Stipulated Dismissal (**D.E. No. 59**), and the Court, having reviewed the motion and

having been advised that the Parties have agreed to settle the claims asserted in the above-styled

action, it is hereby ORDERED AND ADJUDGED as follows:

1.  The parties' Agreed Motion for Entry of Consent Order and Stipulated Dismissal

(**D.E. No. 59) is GRANTED.**

2.  The Court has jurisdiction over the Parties and the subject matter of this cause, and

shall retain jurisdiction to enforce the terms of this Consent Order.  The Court also retains

jurisdiction to enforce the terms of the Confidential Settlement Agreement between the Parties.

2.  Plaintiff, West Trend, Inc. ("West Trend"), is the owner of the copyrighted designs at

issue in this action, including the "Bad Boy Pirate" design, Registration No. VA 1-413-346, and

1

"Totem Collection" designs, Registration No. VA 1-413-347 (collectively, these designs may be referred to as the "West Trend Designs"). Copies of these designs are attached as Exhibit "1."

3.   Marco Destin, Inc., its officers, directors, employees, and agents are hereinafter prohibited from: (a) creating, copying, making, selling and/or offering for sale any designs substantially similar to any of the West Trend Designs; and (b) making any derivative works based upon the West Trend Designs.

4.   This Consent Order shall be binding upon Marco Destin, Inc., and its parents, subsidiaries, affiliates, predecessors, successors and assigns, and their officers, directors, shareholders, servants, employees and agents, and on those persons in active concert with any of these classifications of persons or entities who or that receive notice of this Consent Order.

5.   This Consent Order shall be deemed to have been served upon the Parties at the time of its execution by the Court.

DONE AND ORDERED in Chambers at Miami, Florida this $8$ day of July, 2008.

JOSE E. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
Magistrate Judge Brown
All counsel of record

2

**EXHIBIT 1**



**Registration No. VA 1-413-346**



**Registration No. VA 1-413-347**