UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-22508-CIV-MARTINEZ-BROWN

WEST TREND, INC., a California
corporation,

           Plaintiff,

vs.

MARCO DESTIN, INC., a Florida
corporation; TABIB ELIEZER,
individually; DROR LEVY, individually;
and DOES 1-9, unknown persons or
entities,

           Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Parties' Stipulation of Dismissal With Prejudice (**D.E. No. 59-3**), which was filed on July 3, 2008 and the Parties' Proposed Consent Order (D.E. No. 59-2). The Court having reviewed the record and being fully advised on the premises, it is hereby,

**ADJUDGED** that all of Plaintiffs' claims against the Defendants Marco Destin, Inc., Dror Levy and Eliezer Tabib are hereby **DISMISSED with prejudice.**[1] However, the Court retains jurisdiction to enforce the terms of the Parties' Consent Decree, which the Court has entered under separate Order this same day. It is also:

---

1 Although the Plaintiff's Complaint listed DOES 1-9, unknown persons or entities as Defendants, the Plaintiff never amended its Complaint to identify these parties by name. Thus, there are no other claims pending against specific entities or individuals other than those named above.

ADJUDGED that this case is **CLOSED** and all pending motions are **DENIED as moot.**

DONE AND ORDERED in Chambers at Miami, Florida on this ___ day of July.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge Brown
All Counsel of Record